**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| WILLIAM REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:24-cv-134-JDK |

**SCHEDULING ORDER**

Before the Court is the parties' joint motion to enter a schedule in this case. Docket No. 5. The Court **GRANTS** the motion.

Pursuant to Federal Rule of Civil Procedure 16(b) and the Eastern District of Texas Local Rules (except as modified herein), the Court, having considered the joint motion submitted by the parties, finds that the following schedule should govern the disposition of this case:

| | |
|---|---|
| February 6, 2025 | Replies on Motions for Judgment on the Administrative Record due from all parties. |
| January 6, 2024 | Responses to Motions for Judgment on the Administrative Record due from all parties. |
| **December 6, 2024** | **Motions for Judgment on the Administrative Record due from all parties.**<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances.</u> |

| | |
|---|---|
| November 15, 2025 | Mediation Deadline<br><br>Within **seven days** after the mediation, the parties shall **jointly prepare and file a written report**, which shall be signed by counsel for each party, detailing the date on which the mediation was held, the persons present (including the capacity of any representative), and a statement informing the Court of the outcome of the mediation. |
| September 5, 2024 | Deadline for the parties to contact a U.S. Magistrate Judge's chambers to schedule mediation. |
| September 5, 2024 | (A) Defendant shall file into the record a pleading titled "Defendant's Response to ERISA Case Order," attaching copy of the applicable insurance policy and complete Administrative Record.<br><br>(B) Defendant shall include a statement whether ERISA governs the claims of this dispute.<br><br>(C) Defendant shall include a statement addressing whether the plan vests the claims administrator with discretionary authority to determine eligibility for benefits and to construe the terms of the plan, including here a quotation of the pertinent plan language, citations to the specific page(s) of the plan terms which define the administrator's authority to determine eligibility benefits and/or to construe or interpret the terms of the plan, or a statement that the plan and/or law, such as any applicable anti-discretionary clause law, renders the claims administrator NOT vested with such discretionary authority. |
| August 5, 2024 | Deadline for Motions for Leave to Join Parties or Amend Pleadings.<br><br>Parties may petition the Court to modify this deadline for good cause. |

If any of these dates fall on a weekend or Court holiday, the deadline is modified to be the next Court business day. Also note that all deadlines in this order are for **<u>filing</u>** or **<u>delivery</u>**, **<u>not mailing</u>** dates.

Unless otherwise ordered or specified herein, all limitations and requirements of the Federal Rules of Civil Procedure and the local rules of this Court must be observed.

## I. MODIFICATION OF SCHEDULING ORDER

As addressed above, this Order shall control the disposition of this case unless it is modified by the Court upon a showing of **good cause** and by leave of court. Fed. R. Civ. P. 16(b)(4).

## II. RESOURCES

The Eastern District of Texas website (www.txed.uscourts.gov) contains information about electronic filing, which is mandatory, Local Rules, telephone numbers, general orders, frequently requested cases, the Eastern District fee schedule, and other information.

## III. APPENDIX REQUIREMENT FOR DISPOSITIVE MOTIONS

In support of motions for judgment on the administrative record or other dispositive motions, the parties shall include any supporting materials in an appendix filed as an attachment to their briefs. Each party should assemble their own appendix as a self-contained document, separate from the briefs. Each page of the appendix must be consecutively numbered starting at "1" and continuing sequentially through the last page of the entire appendix (i.e., the numbering system must not re-start with each succeeding document in the appendix). Page numbers for an appendix to the reply containing additional supporting materials, if necessary, should continue the numbering from the earlier appendix.

## IV. INQUIRIES

Questions relating to this scheduling order or legal matters should be presented in a motion, as appropriate. For questions regarding electronic notice or electronic case files, please see the ECF FAQs on the Eastern District of Texas website.

So **ORDERED** and **SIGNED** this **2nd** day of **August, 2024.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE