**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **WILLIAM REYNOLDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 6:24cv00134** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO ERISA CASE ORDER**

Defendant The Lincoln National Life Insurance Company files this Response to ERISA Case Order, pursuant to the Scheduling Order (Dkt 6) entered by the Court on August 2, 2024, and states as follows:

(A) The following exhibits filed herewith constitute a copy of the applicable insurance policy and complete Administrative Record:

1) Group Disability Income Policy and Certificate (Lincoln/Reynolds 0001-0081);

2) Appeal Decision Letter Dated March 6, 2024 (Lincoln/Reynolds 0166-0173); and

3) Administrative Record (Lincoln/Reynolds 0082-0165) and 0174-1501).

(B) ERISA preempts all state law claims related to the employee benefit plan and policy at issue in the above-styled action.

(C) The standard of review will be de novo pursuant to Section 1701.062(a) of the Texas Insurance Code.

SUBMITTED this 5th day of September 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Price McNamara
Email: price@jpricemcnamara.com

September 5, 2024
Date

/s/ Iwana Rademaekers
Iwana Rademaekers