**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| WILLIAM REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 6:24-cv-134-JDK |

**ORDER STAYING CASE**

The parties have notified the Court that they have settled this matter and are preparing final settlement documents and dismissal papers. Docket No. 8. Accordingly, the Court hereby **STAYS** all remaining dates and deadlines in this case pending submission of dismissal papers. The parties are **ORDERED** to submit dismissal papers or a notice explaining why they cannot yet submit dismissal papers by **January 24, 2025**.

So **ORDERED** and **SIGNED** this **26th** day of **November, 2024.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE